`15cv189

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| RICHARD SHEPARD,           )<br>                            )<br>    Plaintiff,            )<br>                            )<br>    v.                      )<br>                            )<br>ROBERT STEELMAN #072,       )<br>et al.,                     )<br>                            )<br>    Defendants.             ) | <br><br><br><br>CIVIL ACTION NO.<br>  2:15cv189-MHT<br>       (WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a federal prisoner, filed this lawsuit claiming that the defendant police officers subjected him to an illegal search and seizure in 2006, leading to his arrest. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed with prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's

recommendation should be adopted, except that the dismissal will be without prejudice.

An appropriate judgment will be entered.

DONE, this the 29th day of September, 2015.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**